**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Sotero JUAREZ, Jr., Defendant–**
**Appellant.**

**No. 04–40205.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 24, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Molly E. Odom, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender, counsel for Sotero Juarez, Jr., has moved for leave to withdraw from this appeal and has filed a brief and supplemental letter brief, as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Juarez has not filed a response. Our independent review of the brief, supplemental letter brief, and the record discloses no nonfrivolous issue. Accordingly, counsel's

motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities ¸herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.